UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | CASE NO: 11-3078 MB |
| | ) | |
| DENXEL JACQUIEL RUSSELL, | ) | |
| a/k/a DJ, | ) | |
| a/k/a TRILL | ) | |

### GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States of America, by and through Assistant United States Attorney, and respectfully requests that the Complaint and Statement in support of the Complaint and Arrest Warrant filed in this matter be sealed until further order of the Court.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

It is so ordered:

_____
JOE B. BROWN
U.S. MAGISTRATE JUDGE